```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #15926
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    SERGIO REYES
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,  )  No. CR-S-09-428 JAM
                               )
14            Plaintiff,       )
                               )
15     v.                      )  STIPULATION AND ORDER
                               )
16  SERGIO REYES,              )
                               )  Date:  February 9, 2010
17            Defendant.       )  Time:  9:30 am.
                               )  Judge: Hon. John A. Mendez
18  _____)

19

20       It is hereby stipulated between the parties, Assistant United
21  States Attorney Michael Anderson, and Assistant Federal Defender Caro
22  Marks, attorney for defendant Sergio Reyes, as follows:
23       The status conference hearing date of January 19, 2010, should be
24  continued until February 9, 2010 at 9:30 a.m.
25       The reason for the continuance is to allow counsel time to review
26  the defendant's Alien Pre-Plea Presentence Report and plea agreement.
27  Defense counsel starts a trial January 20 and needs time to travel to
28
```

Nevada City to review these documents, both recently received, with the defendant. Due to counsel's trial schedule, it would be impracticable to complete these tasks before February 9, 2010.

Therefore, IT IS STIPULATED between the parties that the time period between the signing of this Order up to and including February 9, 2010 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: January 15, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Attorney for Defendant
SERGIO REYES

Dated: January 15, 2010

BENJAMIN WAGNER
United States Attorney

/s/ Michael Anderson
_____
MICHAEL ANDERSON
Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 19, 2010 status conference be continued to February 9, 2010 at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the status conference on February 9, 2010 shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: January 15, 2010

/s/ John A. Mendez
JOHN A MENDEZ
United States District Judge